IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| GIDEON ENGINEERING, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-0158-CV-W-DW |
| | ) | |
| ALLIANT LAKE CITY SMALL | ) | |
| CALIBER AMMUNITIONS CO., LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The parties to the above-captioned action have filed a stipulation of dismissal (Doc. 6). Accordingly, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), this action, including all claims and counterclaims, is dismissed *without prejudice*, all parties to bear their own costs and attorneys' fees.

IT IS SO ORDERED.

Date:  March 24, 2006 /s/ DEAN WHIPPLE
Dean Whipple
United States District Court